IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-10427
Summary Calendar
_____

DELORIS HOLMAN,

                                        Plaintiff-Appellant,

versus

LARRY G. MASSANARI,
COMMISSIONER OF SOCIAL SECURITY,

                                        Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:98-CV-22
--------------------
October 4, 2001

Before JOLLY, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

    Deloris Holman appeals the district court's decision affirming the determination by the Commissioner of Social Security that she is not disabled within the meaning of the Social Security Act.  Holman argues that the Administrative Law Judge (ALJ) did not consider the opinion of her internist, Dr. George Marck.  However, the record demonstrates that the ALJ considered Dr. Marck's opinion and evaluated that evidence in light of the entire medical record and the vocational expert's

--------------------

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

opinion that a person with Holman's medical limitations could perform past relevant work.  The ALJ did not err in resolving the conflict in the evidence against Holman's claim.  See <u>Chaparro v. Bowen</u>, 815 F.2d 1008, 1011 (5th Cir. 1987).  Substantial evidence also supports the ALJ's determination regarding the credibility of Holman's complaints of pain, and that determination is entitled to judicial deference.  See <u>Hollis v. Bowen</u>, 837 F.2d 1378, 1384 (5th Cir. 1988).  The judgment of the district court affirming the Commissioner's decision is AFFIRMED.  See <u>Villa v. Sullivan</u>, 895 F.2d 1019, 1024-25 (5th Cir. 1990).